UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Berel Oshry,

individually and on behalf of all others similarly situated,
Plaintiff,

Civil Action No:
7:20-cv-11094

-v.-

Mandarich Law Group, LLP;

Cavalry SPV I, LLC;

and John Does 1-25,

Defendants.

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 15th day of February, 2021

*/s/Eliyahu Babad*
Eliyahu Babad, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Ph: 201-282-6500
ebabad@steinsakslegal.com

1

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 15, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              */s/ Eliyahu Babad*
              Eliyahu Babad, Esq.