USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEREL OSHRY, on behalf of herself and all others similarly situated,
    Plaintiff,

v.

Mandarich Law Group, LLP;
Cavalry SPV I, LLC;
and John Does 1-25,
    Defendant.

CASE NO.: 7:20-cv-11094

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendants that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 27, 2021

Respectfully Submitted,

*/s/Eliyahu Babad*
Eliyahu Babad Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
ebabad@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

Dated: 6/15/2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 27th  day of February, 2021      Respectfully Submitted,

                                        */s/ Eliyahu Babad*
                                        Eliyahu Babad